Millie E. Stombaugh et al., Appellees, v. Henry M.
Morey et al., Appellants.

Gen. No. 9,488. 

opinion filed February 28, 1946; rehearing denied May 7, 1946; released for publication May 8, 1946. James G. Allen, for appellants; Weilepp & Wilson, for appellees. Opinion by JUSTICE WHEAT. Not to be published in full.